UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

FRANCISCO RAMIREZ-VEGA,

    Defendant.

CASE NO. CR06-425 MJP

DETENTION ORDER

Offenses charged:

    Count I - Conspiracy to Distribute Methamphetamine

        (500 grams or more of mixture, 50 grams or more of actual methamphetamine)

    Count III - Conspiracy to Distribute Cocaine (500 grams or more)

Date of Detention Hearing: 12/06/06

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The drug offense with which defendant is charged in Count I carries a maximum penalty of life imprisonment, with a mandatory minimum sentence of ten years. There is therefore a rebuttable presumption that defendant will be detained.

(2) The information presented by defendant's counsel is insufficient to rebut that presumption.

(3) Evidence proffered by the United States implicates defendant directly in the distribution of substantial quantities of methamphetamine, and identifies him as a central figure in the drug conspiracy charged in this case.

(4) A search of defendant's residence produced ½ pound of cocaine, and cash.

(5) The United States has initiated the process of forfeiture of defendant's home.

(6) There is also evidence that defendant has traveled to Arizona to arrange for the transportation of drugs to this area in vehicles fitted with hidden compartments.

(7) Defendant has not agreed to be interviewed by this court's Pretrial Services Officer.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)　The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of December, 2006.

          /s/John L. Weinberg
    JOHN L. WEINBERG
    United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)